PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001

Attorney for Plaintiff:
MARGARET DOWLING


ROBERT F. KANE, Esq. (SBN 71407)
LAW OFFICES OF ROBERT KANE
870 Market St., Suite 1128
San Francisco, CA 94102
Tel: (415) 982-1510

Attorneys for Defendant:
TAD'S INC. dba TAD'S STEAK HOUSE


JONATHAN SEIGEL, Esq. (SBN 168224)
EDWARD SINGER, Esq. (SBN 226406)
JOHN H. CROSSFIELD II, Esq. (SBN 218874)
Law Offices of Jonathan Seigel
2099 Market St.
San Francisco, CA 94114
Tel: (415) 252-4241

Attorneys for Defendant:
PERSONALITY HOTELS II, INC.


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET DOWLING, | CASE NO. C06-3908 PJH/ADR |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL DISMISSAL** |
| TAD'S INC. dba TAD'S STEAK HOUSE; PERSONALITY HOTELS II, INC.; and DOES 1-25, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The injunctive relief agreement has been memorialized in a separate Consent Decree and Order to be entered by the Court. The damages, attorney fees, litigation expenses and costs were settled by agreement of the parties under terms negotiated with the assistance of mediator Howard Herman and embodied in a separate Release document.

2. By the terms of the Consent Decree and Order, the Court will retain continuing jurisdiction to enforce the injunctive relief terms for the next twelve months.

3. If either party advises the Court within twelve months that any of the settlement terms have not been complied with, whether injunctive relief or payment of moneys, the Court will reopen the case to enforce compliance with the settlement terms.

The parties therefore agree that, subject to the court's continuing jurisdiction as outlined above, the action shall be dismissed with prejudice.

Dated: April 26, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

_____
Attorneys for Plaintiff
MARGARET DOWLING

Dated: April 26, 2007

ROBERT F. KANE
LAW OFFICES OF ROBERT F. KANE

_____
Attorneys for Defendants
TAD'S INC. dba TAD'S STEAK HOUSE

Dated: April ___, 2007

EDWARD C. SINGER, JR.
JOHN H. CROSSFIELD II
LAW OFFICES OF JONATHAN SIEGEL

_____
Attorneys for Defendant
PERSONALITY HOTELS II, INC.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for Conditional
Dismissal: Case No. C06-3908 PJH/ADR

— 2 —

s:\jo\cases\t\tad's steak house\pleadings\tad's stip for conditional dismissal.doc

1.  The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The injunctive relief agreement has been memorialized in a separate Consent Decree and Order to be entered by the Court. The damages, attorney fees, litigation expenses and costs were settled by agreement of the parties under terms negotiated with the assistance of mediator Howard Herman and embodied in a separate Release document.

2.  By the terms of the Consent Decree and Order, the Court will retain continuing jurisdiction to enforce the injunctive relief terms for the next twelve months.

3.  If either party advises the Court within twelve months that any of the settlement terms have not been complied with, whether injunctive relief or payment of moneys, the Court will reopen the case to enforce compliance with the settlement terms.

The parties therefore agree that, subject to the court's continuing jurisdiction as outlined above, the action shall be dismissed with prejudice.

Dated: April __, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

_____
Attorneys for Plaintiff
MARGARET DOWLING

Dated: April 26, 2007

ROBERT F. KANE
LAW OFFICES OF ROBERT F. KANE

/s/ Robert F. Kane
Attorneys for Defendants
TAD'S INC. dba TAD'S STEAK HOUSE

Dated: April __, 2007

EDWARD C. SINGER, JR.
JOHN H. CROSSFIELD II
LAW OFFICES OF JONATHAN SIEGEL

_____
Attorneys for Defendant
PERSONALITY HOTELS II, INC.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for Conditional
Dismissal: Case No. C06-3908 PJH/ADR

— 2 —

s:\jo\cases\t\tad's steak house\pleadings\tad's stip for conditional dismissal.doc

1.     The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The injunctive relief agreement has been memorialized in a separate Consent Decree and Order to be entered by the Court. The damages, attorney fees, litigation expenses and costs were settled by agreement of the parties under terms negotiated with the assistance of mediator Howard Herman and embodied in a separate Release document.

2.     By the terms of the Consent Decree and Order, the Court will retain continuing jurisdiction to enforce the injunctive relief terms for the next twelve months.

3.     If either party advises the Court within twelve months that any of the settlement terms have not been complied with, whether injunctive relief or payment of moneys, the Court will reopen the case to enforce compliance with the settlement terms.

The parties therefore agree that, subject to the court's continuing jurisdiction as outlined above, the action shall be dismissed with prejudice.

Dated: April __, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

_____
Attorneys for Plaintiff
MARGARET DOWLING

Dated: April __, 2007

ROBERT F. KANE
LAW OFFICES OF ROBERT F. KANE

_____
Attorneys for Defendants
TAD'S INC. dba TAD'S STEAK HOUSE

Dated: April 21, 2007

EDWARD C. SINGER, JR.
~~JOHN H. CROSSFIELD II~~
~~LAW OFFICES OF JONATHAN SIEGEL~~
THE LEMBI GROUP LEGAL DEPARTMENT

_____
Attorneys for Defendant
PERSONALITY HOTELS II, INC.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for Conditional
Dismissal: Case No. C06-3908 PJH/ADR

— 2 —

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**. The Court will retain jurisdiction to enforce the terms of settlement, and the action is hereby **DISMISSED**.

Dated: 5/7/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001