```
 1  ROBERT F. KANE (SBN 71407)
    LAW OFFICES OF ROBERT F. KANE
 2  870 Market Street, Suite 1128
    San Francisco, CA  94102
 3  (415) 982-1510

 4  Attorneys for Defendant
    TAD'S INC. dba TAD'S STEAK HOUSE
 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10  MARGARET DOWLING,              NO. C06 — 03908 PJH

11      Plaintiff,
                                   STIPULATION FOR DISMISSAL
12  vs.                              AND ORDER

13  TAD'S INC., et al.,

14      Defendants.
    _____/
15
        IT IS HEREBY STIPULATED by and between the parties to this
16
    action through their designated counsel that the above-captioned
17
    action including the complaint and the counter-claim be and
18
    hereby are dismissed with prejudice pursuant to FRCP 41(a)(1).
19

20

21  Dated: ~~~~~~~~~~~~~~~~          ~~~~~~~~~~~~~~~~~~~~~~~~~~
                                     MARGARET DOWLING, Plaintiff
22
                                     /s/ Paul L. Rein
23  Dated: 6/12/07                    _____
                                     LAW OFFICES OF PAUL L. REIN
24                                   Attorneys for Plaintiff
                                     By_____
25

26  Dated: 7/12/07
                                     _____
27                                   TAD'S INC. dba TAD'S STEAK HOUSE
                                     By /s/
28

                                  1
                                                   STIPULATION FOR DISMISSAL
```

1 | Dated: 7/6/07

                                 _____
                                 ROBERT F. KANE
                                 Attorney for Defendant
                                 TAD'S INC. dba TAD'S STEAK HOUSE

Dated: 6/11/2007

                                 _____
                                 PERSONALITY HOTELS II, INC.
                                 By Frank Lembi

Dated: 6/11/2007

                                 _____
                                 EDWARD C. SINGER, JR.
                                 Attorneys for Defendant
                                 PERSONALITY HOTELS II, INC.
                                 By_____

7/23/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA